ALEX BRENNAN-NEAL

v.

POLK/CID,
COLLIN COUNTY SO

IN THE UNITED STATES DISTRICT COURT EASTERN DIVISION SHERMAN

4:22-cv-845 SDJ/KPJ

**FILED**
OCT 0 3 2022
Clerk, U.S. District Court
Eastern District of Texas

WRIT OF HABEAS CORPUS

ORIGINAL CASE #: 296-82970, 296-82971, 296-82972, 296-82973, 296-82974, 296-82975, 296-82976, 296-82977

THE DEFENDANT IS A MEDAL OF FREEDOM RECIPIENT FROM PRESIDENT TRUMP IN PART BECAUSE OF THESE CHARGES. HE IS BEING USED IN THE MIDDLE OF A HEALTHCARE FRAUD DISPUTE BETWEEN MELINDA GATES AND LISA BRENNAN-JOBS WHO WAS ARRESTED IN JUNE 2022 AS PART OF A STAGED TELEVISION ENCOUNTER. HE IS BEING CLINICALLY TESTED ON AGAINST HIS WILL VIA A "NEURALINK" COMPUTER DEVICE IMPLANT IN HIS EYE. HE IS INNOCENT OF TAMPERING WITH A GOVERNMENT DOCUMENT WITH INTENT TO DEFRAUD AND CANNOT AFFORD HIS BAIL AFTER 134 DAYS IN CUSTODY. THE ALLEGED VICTIM IN CAUSE 296-82970 HAS BEEN ARRESTED IN RELATION TO THE CASE AND NO OTHER VICTIM WAS DEFRAUDED OR HARMED RESULTING IN INJURY OR LOSS OF A THING OF VALUE. PLEASE HELP.

ALEX NEAL