

NOV - 2 2022

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

ALEX PERRY NEAL
*Petitioner*

v.

DIRECTOR, TDCJ-CID
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 4:22cv845, 4:22cv846, 4:22cv847, 4:22cv848, 4:22cv851, 4:22cv852
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: ALEX PERRY NEAL
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: COLLIN COUNTY DETENTION FACILITY
   (b) Address: 4300 COMMUNITY AVE. MCKINNEY, TX 75071
   (c) Your identification number: 195743
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☑ State authorities   ☑ Other - explain: POLK/CID
4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: _____
   (b) Docket number of criminal case: _____
   (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☑ Pretrial detention
   ☐ Immigration detention
   ☐ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☐ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: 296 DISTRICT COURT COLLIN COUNTY, TEXAS
   (b) Docket number, case number, or opinion number: 296-82970, 296-82971, 296-82972, 296-82973
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: 296-82974, 296-82975, 296-82676, 296-82977 CRIMINAL CHARGES TAMPERING W/ GOVERNMENT DOCUMENT WITH INTENT TO DEFRAUD/HARM, OBSTRUCTION/RETALIATION
   (d) Date of the decision or action: 5/16/22, 6/15/22

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes      ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: 296TH DISTRICT COURT COLLIN COUNTY, TEXAS
       (2) Date of filing: APPROX. 8/22/22
       (3) Docket number, case number, or opinion number: (296-82970) - (296-82977)
       (4) Result: NO RESPONSE
       (5) Date of result: N/A
       (6) Issues raised: MOTION TO QUASH INDICTMENT

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☑ Yes          ☐ No

   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: FIFTH DISTRICT COURT OF APPEALS DALLAS
   (2) Date of filing: 1/12/22
   (3) Docket number, case number, or opinion number: 05-22-00887-CV
   (4) Result: DISMISSED
   (5) Date of result: 9/13/22
   (6) Issues raised: NO ONE WAS HARMED OR DEFRAUDED, NO CRIMINAL COMPLAINTS WERE FILED BY THE VICTIMS, THE ALLEGED VICTIM WAS ARRESTED IN RELATION TO THE INCIDENT, THE NATURE OF AN INDICTMENT AND STATE OF MIND OF THE DEFENDANT

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☑ Yes          ☐ No

   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: COURT OF CRIMINAL APPEALS TEXAS
   (2) Date of filing: APPROX. 1/7/22
   (3) Docket number, case number, or opinion number: N/A
   (4) Result: NO RESPONSE
   (5) Date of result: N/A
   (6) Issues raised: SAME AS SECOND APPEAL

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes   ☑ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes   ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes   ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?
☐ Yes  ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes  ☐ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes  ☐ No

If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes      ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: LETTER
(b) Name of the authority, agency, or court: STATE COMISSION ON JUDICIAL CONDUCT, ETHICS COMMISSION, ETC.
(c) Date of filing: APPROX. 1/7/22
(d) Docket number, case number, or opinion number: N/A
(e) Result: NO RESPONSE
(f) Date of result: N/A
(g) Issues raised: SAME AS FIRST AND SECOND APPEALS

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** NO ONE WAS HARMED OR DEFRAUDED RESULTING IN PERSONAL INJURY OR LOSS OF A THING OF VALUE

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
THE DEFENDANT NEVER INTENDED TO DEFRAUD ANYONE SUPPORTED BY THE NATURE OF A TRUE BILL OF INDICTMENT AND ITS OPENESS TO INTERPRETATION

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes    ☐ No

**GROUND TWO:** NONE OF THE ALLEGED VICTIMS FILED CRIMINAL COMPLAINTS

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: 296
THE ALLEGED VICTIM IN CASE 82970 WAS ARRESTED IN RELATION TO INCIDENT SHOWING THE DEFENDANT HAD NO INTENT TO DEFRAUD/HARM

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes    ☐ No

**GROUND THREE:** BACKGROUND AND STATE OF MIND OF THE DEFENDANT

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
DEFENDANT IS A MEDAL OF FREEDOM RECIPIENT, HAS A COMPUTER DEVICE IMPLANT PURPOSED FOR INTELLECTUAL PROPERTY MATTERS AND IS INVOLVED IN A HEALTHCARE FRAUD DISPUTE BETWEEN MELINDA GATES AND LISA-BRENNAN JOBS WHO WAS ARRESTED IN JUNE 2022 AS PART OF A STAGED TELEVISION ENCOUNTER,

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes    ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR: DOCUMENTS FOUND ON DEFENDANTS COMPUTER WERE NEVER FILED

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
DEFENDANT DID NOT HAVE THE INTENTION TO FILE DOCUMENTS THAT WERE NOT ALREADY E-SERVED TO THE COURTS PRIOR.

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: PLEASE RELEASE THE PRISONER

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 8/13/22

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 8/13/22

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_